SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHAEL WESTHEIMER  Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendants
Progressive Casualty Insurance Co.; Progressive
Casualty Insurance Co. Long Term Disability Plan;
Metropolitan Life Insurance Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARLAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PROGRESSIVE CASUALTY INSURANCE CO.; PROGRESSIVE CASUALTY INSURANCE CO.  LONG TERM DISABILITY PLAN; and METROPOLITAN LIFE INSURANCE CO.,<br><br>　　　　Defendants. | CASE NO. C 07-1502 MEJ<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT** |

　　　　Pursuant to Northern District Civil Local Rule 6-1(a), plaintiff David Harlan and defendants Progressive Casualty Insurance Co., Progressive Casualty Insurance Co. Long Term Disability Plan, and Metropolitan Life Insurance Co., by and through their attorneys, hereby stipulate and agree to an additional 30-day extension of time for defendants to file a response to plaintiff's complaint, and that defendants' response will be filed on or before June 11, 2007.

　　　　There has been one prior extension of time in this action, of 30 days, from April 11 to May 11, 2007.  The parties request the Court's approval of a further extension because they have

1  reached a settlement in principle, but require additional time to complete the details of their
2  agreement. The parties anticipate that an additional 30 days will be sufficient.
3      IT IS SO AGREED AND STIPULATED.

4  DATED: May 9, 2007    LAW OFFICES OF GEOFFREY V. WHITE

6      By: /s/ Geoffrey V. White (as authorized on 5/9/07)
7         Geoffrey V. White
       Attorneys for Plaintiff, David Harlan

9  DATED: May 9, 2007    SEDGWICK, DETERT, MORAN & ARNOLD LLP

11     By: /s/ Michael N. Westheimer
       Rebecca A. Hull
       Michael N. Westheimer
       Attorneys for Defendants
       Progressive Casualty Insurance Co.; Progressive Casualty
       Insurance Co. Long Term Disability Plan; Metropolitan
       Life Insurance Co.

### ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

May 10, 2007

IT IS SO ORDERED
Judge Maria-Elena James
United States Magistrate Judge
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SF/1403171v1

-2-    CASE NO. C 07-1502 MEJ
STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT