SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
MICHAEL WESTHEIMER Bar No. 178938
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
michael.westheimer@sdma.com

Attorneys for Defendants
Progressive Casualty Insurance Co.; Progressive Casualty Insurance Co. Long Term Disability Plan; Metropolitan Life Insurance Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARLAN,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE CO.; PROGRESSIVE CASUALTY INSURANCE CO. LONG TERM DISABILITY PLAN; and METROPOLITAN LIFE INSURANCE CO.,<br><br>Defendants. | CASE NO. C 07-1502 MEJ<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between all parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

/ / /

/ / /

IT IS SO AGREED AND STIPULATED.

DATED: June 27, 2007

LAW OFFICES OF GEOFFREY V. WHITE

By: /s/ Geoffrey V. White (as authorized on 6/27/07)
Geoffrey V. White
Attorney for Plaintiff, David Harlan

DATED: June 27, 2007

SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: /s/ Rebecca A. Hull
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendants
Progressive Casualty Insurance Co.; Progressive Casualty Insurance Co. Long Term Disability Plan; Metropolitan Life Insurance Co.

**ORDER**

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: June 27, 2007

United States District Judge